IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| RALPH L. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:13CV00008 |
| ) | |
| LYNCHBURG CITY SCHOOL ) | |
| BOARD, as constituted by, MARY ) | |
| ANN H. BARKER, DR. REGINA T. ) | |
| DOLAN-SEWELL, CHARLIE ) | |
| WHITE, JENNY POORE, J. MARIE ) | |
| WALKER, THOMAS H. WEBB, ) | |
| ALBERT BILLINGSLY, KATIE ) | |
| SNYDOR, and TRENEY TWEEDY, ) | |
| Members of the School Board, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT LYNCHBURG CITY SCHOOL BOARD'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL

The defendant Lynchburg City School Board, by counsel, files its response to the Motion to Withdraw as Counsel as follows.

The trial is set for March 4-6, 2014 and a Scheduling Order is in place.

By agreement of counsel the deposition of Mr. Hayes was originally noticed for September 24, 2013. By agreement of counsel during the days leading up to the deposition it was agreed to be postponed. Mr. Simpson, counsel for the plaintiff, has now moved to withdraw as counsel to which Defendant Lynchburg City School Board has no objection.

However, in light of the pending trial date and various cutoff dates that are in place, Defendant Lynchburg City School Board requests authority to move forward with discovery,


Frith Anderson & Peake pc
ATTORNEYS AT LAW
ROANOKE, VIRGINIA

{3093/1476/JCJ/00248819.DOCX }

including the deposition of Mr. Hayes.  The Defendant shall take no action pending the Court's ruling on the pending motion presently scheduled for hearing on October 9, 2013.

    Respectfully submitted,

    LYNCHBURG CITY SCHOOL BOARD

    /s/ John C. Johnson
    Phillip V. Anderson (VSB 23758)
    John C. Johnson (VSB 33133)
    Counsel for Lynchburg City School Board
    FRITH ANDERSON & PEAKE, P.C.
    29 Franklin Road, SW
    P.O. Box 1240
    Roanoke, Virginia 24006-1240
    Phone: 540/772-4600
    Fax: 540/772-9167
    Email: panderson@faplawfirm.com
    Email: jjohnson@faplawfirm.com

## CERTIFICATE OF SERVICE

I certify that on the 27th day of September, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John B. Simpson, Esq.
MartinWren, P.C.
1228 Cedars Court
Charlottesville, Virginia 22903
Phone: 434/817-3100
Fax: 434/817-3110



FRITH
ANDERSON
& PEAKE PC
ATTORNEYS AT LAW
ROANOKE, VIRGINIA

{3093/1476/JCJ/00248819.DOCX }

/s/ John C. Johnson
Phillip V. Anderson (VSB 23758)
John C. Johnson (VSB 33133)
Counsel for Lynchburg City School Board
FRITH ANDERSON & PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax: 540/772-9167
Email: panderson@faplawfirm.com
Email: jjohnson@faplawfirm.com

FRITH
ANDERSON
& PEAKE PC
ATTORNEYS AT LAW
ROANOKE, VIRGINIA

{3093/1476/JCJ/00248819.DOCX }