# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**RALPH L. HAYES**

vs.

**LYNCHBURG CITY SCHOOL BOARD**

Action No:   6:13CV00008
Date:   10/9/2013
Judge:   Robert S. Ballou
Court Reporter:   Carol Jacobs
Deputy Clerk:   Fay Coleman

Plaintiff Attorney(s)
John B. Simpson

Defendant Attorney(s)
John C. Johnson

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
MOTION HEARING - #12 Motion to Withdraw as Attorney by plaintiff's counsel.

Plaintiff present with counsel.  Defendant present by counsel.  (Note:  Deputy City Attorney Nora Dunn present at defendant's counsel table but has not noted her appearance in the case.)

Argument heard.  Plaintiff Mr. Hayes addresses the court as to the motion.  Counsel for defendant advises they do not oppose the motion and makes comments regarding discovery.

Court advises the motion will be granted allowing Mr. Simpson to withdraw as counsel.  Court will stay discovery as stated on the record to allow Mr. Hayes time to retain new counsel.  Further, court re-sets other deadlines as stated on the record.  Written order forthcoming.

Time in Court:   9:07 AM-9:20 AM (13 minutes)